| | | |
|---|---|---|
| Milton SC Mays, | ) | |
|               Plaintiff, | ) | |
| | ) | |
|   v. | ) | **JUDGMENT** |
| | ) | |
| US Department Hud Section 8., | ) | No. 5:11-CV-544-D |
| US Attorney General, | | |
|               Defendants. | ) | |
| | ) | |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED AND DECREED** that the court adopts the memorandum and recommendations. Plaintiff's application for leave to proceed in forma pauperis is GRANTED, and plaintiff's complaint is DISMISSED for failure to state a claim. The clerk is directed to close the case.

**This judgment filed and entered on May 22, 2012, and served on:**

Milton SC Mays (via US Mail at 9167 Main Street, Louisburg, NC 27549)

May 22, 2012                                                      /s/ Julie A. Richards,
                                                                                        Clerk of Court