UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Milton SC Mays,                                )
                        Plaintiff,             )
                                               )
        v.                                     )           **JUDGMENT**
                                               )
US Department Hud Section 8.,                  )           No. 5:11-CV-544-D
US Attorney General,                           
                        Defendants.            )
                                               )

**Decision by Court.**

**IT IS ORDERED, ADJUDGED AND DECREED** that the court adopts the memorandum and recommendations. Plaintiff's application for leave to proceed in forma pauperis is GRANTED, and plaintiff's complaint is DISMISSED for failure to state a claim. The clerk is directed to close the case.

**This judgment filed and entered on May 22, 2012, and served on:**

Milton SC Mays (via US Mail at 9167 Main Street, Louisburg, NC 27549)


May 22, 2012                                               /s/ Julie A. Richards,
                                                           Clerk of Court